JS 45 (01/2008)

**REDACTED**

Criminal Case Cover Sheet U.S. District Court

**Place of Offense:** Under Seal: Yes ___ No X Judge Assigned: WBP

City Ashburn Superseding Indictment ___ Criminal Number: ___

County/Parish ___ Same Defendant ___ New Defendant X

Magistrate Judge Case Number 1:26-MJ-300 Arraignment Date: ___

Search Warrant Case Number ___

R 20/R 40 from District of ___

Related Case Name and No: ___

Defendant Information:

**Juvenile --Yes** ___ **No** ___ **FBI #** ___

**Defendant Name:** Patrick Steven YAROCH Alias Name(s) ___

**Address:** Ashburn, VA 20147

**Employment:** ___

**Birth date** 1989 **SS#** 8028 Sex M Def Race White Nationality American Place of Birth United States

**Height** 6'02" **Weight** 225 **Hair** Brown Eyes Hazel Scars/Tattoos ___

**Interpreter:** X **No** ___ **Yes** List language and/or dialect: ___ Automobile Description ___

Location Status:

Arrest Date 07/31/2026

X Already in Federal Custody as of 07/31/2026 in Alexandria Adult Detention Center

___ Already in State Custody ___ On Pretrial Release ___ Not in Custody

___ Arrest Warrant Requested ___ Fugitive ___ Summons Requested

___ Arrest Warrant Pending ___ Detention Sought ___ Bond

Defense Counsel Information:

Name: ___ ___ Court Appointed Counsel conflicted out: ___

Address: ___ ___ Retained

Telephone: ___ ___ Public Defender Federal Public Defender's Office conflicted out:

U.S. Attorney Information:

AUSA Kathleen Robeson Telephone No: 703-299-3700 Bar # ___

Complainant Agency, Address & Phone Number or Person & Title:

Federal Bureau of Investigation Special Agent Hope Vance

U.S.C. Citations:

| | **Code/Section** | Description of Offense Charged | Count | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 2314 | Interstate Transportation of Stolen Goods, Securities, and Monies | 1 | Felony |
| Set 2 | 18 U.S.C. § 2315 | Receipt of Stolen Goods, Securities and Monies | 2 | Felony |
| Set 3 | | | | |

**Date:** August 1, 2026 Signature of AUSA: /s/ Kathleen Robeson